

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Cody Williams, Appellant

No. 06-23-00063-CR          v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 21F1633-102).    Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to reflect that the "Offense for which Defendant Convicted" is "POSS CS PG1 >= 1G<4G" and that the "Statute for Offense" is "481.115(c) HEALTH AND SAFETY CODE."  As modified, we affirm the trial court's judgment.

We note that the appellant, Cody Williams, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED NOVEMBER 27, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk